## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER 26-mj-00757-AHG |
|---|---|
| vs | **ABSTRACT OF ORDER** |
| Franz Moses Gourgue | Booking No. 35836506 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __2/12/2026__

the Court entered the following order:

__X__   Defendant be released from custody.

_____   Defendant placed on supervised / unsupervised probation / supervised release.

_____   Defendant continued on supervised / unsupervised probation / supervised release.

__X__   Defendant released on   __$10,000 P/S__   Bond posted.

_____   Defendant appeared in Court. FINGERPRINT & RELEASE.

_____   Defendant remanded and ( _____ bond ) ( _____ bond on appeal ) exonerated.

_____   Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____   Bench Warrant Recalled.

_____   Defendant forfeited collateral.

_____   Case dismissed.

_____   Case dismissed, charges pending in case no.

_____   Defendant to be release to Pretrial Services for electronic monitoring.

_____   Other.


ALLISON H. GODDARD
UNITED STATES DISTRICT/MAGISTRATE JUDGE
OR
JOHN MORRILL, Clerk of Court
by   T. Lee   x. 7749

Crim-9 (Rev. 09/23)
Original

 Outlook

**Read: Abstract Franz Moses Gourgue 26mj757**

**From**

**Date** Thu 2/12/2026 4:02 PM
**To** Trina Lee <Trina_Lee@casd.uscourts.gov>

Your message

To: CAS Releases
Subject: [EXTERNAL] Abstract Franz Moses Gourgue 26mj757
Sent: Thursday, February 12, 2026 3:54:34 PM (UTC-08:00) Pacific Time (US & Canada)

was read on Thursday, February 12, 2026 4:02:35 PM (UTC-08:00) Pacific Time (US & Canada).