21

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>Franz Moses GOURGUE,<br><br>　　　　　　　　Defendant. | Case No.: 26-cr-00624-AHG<br><br>**I N F O R M A T I O N**<br><br>Title 18, U.S.C.,<br>Sec. 1382 - Trespass Upon a<br>Military Installation<br>(Misdemeanor) |

The United States Attorney charges:

On or about February 11, 2026, within the Southern District of California, at Marine Corps Base Camp Pendleton, California, within the jurisdiction of this Court and the special territorial jurisdiction of the United States, defendant Franz Moses Gourgue, did go upon a military installation for a purpose prohibited by law or regulation; in violation of Title 18, United States Code, Section 1382, a misdemeanor.

DATED:  02/26/2026  .

　　　　　　　　　　　　　　　ADAM GORDON
　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　*/s/ Thomas J. Sommer*
　　　　　　　　　　　　　　　Thomas J. Sommer
　　　　　　　　　　　　　　　Special Assistant U.S. Attorney